# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER C. ANGELINI, ) | Case No. CV 09-1757 DTB |
| Plaintiff, ) | |
| vs. ) | ORDER TO SHOW CAUSE |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| Defendant. ) | |

In its March 20, 2009 Case Management Order, the Court ordered the parties to serve and file their Joint Stipulation within 68 days of the filing of defendant's Answer. Defendant's Answer was filed September 15, 2009. Accordingly, the parties Joint Stipulation was due on or before November 23, 2009. In the meantime, counsel for plaintiff filed a Motion to Withdraw as Attorney of Record requesting to be withdrawn as counsel and giving plaintiff 45 days to retain new counsel. On December 23, 2009, the Court granted the Motion to Withdraw.

More than 45 days from the service of the Minute Order granting the Motion to Withdraw has elapsed, and plaintiff still has not retained new counsel.

Accordingly, on or before April 1, 2010, plaintiff is ORDERED to either (a) show good cause in writing, if any exists, why plaintiff has not timely retained new counsel, and why this action should not be dismissed for failure to prosecute; or (b)

1

1  proceed in pro per and serve and file the Joint Stipulation. Plaintiff is forewarned that,
2  if she fails to do either, the Court will deem such failure a further violation of a Court
3  order justifying dismissal and also deem such failure as further evidence of a lack of
4  prosecution on plaintiff's part.
5
6  DATED: March 8, 2010
7
8  _____
9  DAVID T. BRISTOW
   UNITED STATES MAGISTRATE JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28