JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER C. ANGELINI, | ) Case No. CV 09-1757-DTB |
| Plaintiff, | ) |
| | ) **J U D G M E N T** |
| vs. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

In accordance with the Order re Dismissal for Failure to Prosecute filed herewith,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

DATED: May 21, 2010

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

1